# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**CHARLES E. MILLARD,**

    **Plaintiff,**

**vs.**                                                          **CASE NO. 1:07CV257-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Enlargement of Time (doc. 15), to which Plaintiff is unopposed. Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and defendant shall have through **July 14, 2008**, to file the memorandum required by the Court's previous briefing schedule.

**DONE AND ORDERED** this 12th day of June, 2008.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**